UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
ACTS GROUP, INC.,

    Plaintiff,

v.                              CIVIL NO. 4:23cv94

FEDERAL INSURANCE COMPANY,
et al.,

    Defendants.

## DISMISSAL ORDER

On August 28, 2023, this court issued a Show Cause Order, directing the parties to show cause within fourteen (14) days why this case should not be dismissed without prejudice because the parties are submitting their claims to binding arbitration. ECF No. 13. More than fourteen (14) days have passed and neither party has responded to this court's Show Cause Order. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, subject to binding arbitration.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for the parties.

IT IS SO ORDERED.

                                       /s/
                                  Rebecca Beach Smith
                                  Senior United States District Judge

                            REBECCA BEACH SMITH
              SENIOR UNITED STATES DISTRICT JUDGE

September 19, 2023